UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.            4:10-cr-159

JERMAINE TANDY & VINCENT ROBINSON, et al.

This 25th day of April 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

The Magistrate Judge entered a joint Report and Recommendation ("R&R") denying Vincent Robinson's ("Robinson") and Jermaine Tandy's ("Tandy") motions to suppress. *See* Docs. 212 (Robinson), 220 (Tandy), 461 (R&R).

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's R&R, *see* Doc. 461, to which Tandy filed objections.

Since the Magistrate Judge entered his R&R, Robinson pled guilty. *See* 4:11-cr-144, Doc. 6. Robinson's plea ***MOOTS*** his motion to suppress, *see* Doc. 212. *See United States v. Evans*, 2006 WL 2221629, at *2 n.3 (M.D. Fla. Aug. 2, 2006). The Court ***REJECTS AS MOOT*** that portion of the Magistrate Judge's R&R which refers to Robinson's motion. *See* Doc. 461.

Accordingly, the R&R is adopted as the opinion of the Court with respect to Tandy's motion to suppress, but rejected as to Robinson's motion. Tandy's motion, *see* Doc. 220, is ***DENIED***. Robinson's motion, *see* Doc. 212, is ***MOOT***.